# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2021

Bridget M. McCormack,
Chief Justice

162763-4(88)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

RENE MARIE STURDAVENT,
      Plaintiff-Appellee,

v

WILLIAM SIM SPENCER,
      Defendant-Appellant.

SC: 162763
COA: 351428
Oakland CC: 1994-471049-DM

_____

WILLIAM SIM SPENCER,
      Plaintiff-Appellant,

v

RENE MARIE STURDAVENT,
      Defendant,
and

OAKLAND COUNTY FRIEND OF THE COURT,
      Defendant-Appellee.

SC: 162764
COA: 351745
Oakland CC: 2019-177166-CZ

_____/

      On order of the Chief Justice, the motion of William Sim Spencer to waive fees is GRANTED as to these cases only.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2021



Clerk